Isaac Brown, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Andrew Clum, Appellant, v. Federal Sugar Refining Company, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Frank Faltinow and George H. Miller, Copartners, etc., Respondents, v. Copland-Raymond Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

In the Matter of the Application of Calogera Di Giovanna, Respondent, for an Order Requiring Michael O. Rini, an Attorney, Appellant, to Turn Over Moneys of Said Applicant in His Possession.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Margaret Seeber, Deceased. Charles E. Seeber, Appellant; George Seeber, Respondent.— Decree of the Surrogate's Court of the county of Richmond affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Louise H. Lake, Respondent, v. Snor Albert Swenson, Appellant.— Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Herbert C. Roberts, Respondent, v. O'Brien Brothers, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Michael Salit, Respondent, v. Louis B. Lipschitz and Julius Kaffa, Appellants.— Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Abraham Shatzky, Respondent, v. Nathan B. Robbins and Leopold Mandel, Appellants, Impleaded with "Max" Tartarsky, the Name "Max" Being Fictitious, etc.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

John H. May, as Administrator, etc., of Charles Nelson May, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Reargument ordered and case set down for Monday, January 24, 1910. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred.

William O. Badger, Appellant, v. Hamilton Fire Insurance Company, Respondent.— Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Henry L. Brant, Appellant, v. Philip C. Sieger, Respondent.— Appeal dismissed with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Bridget Burns and Another, Appellants, v. William W. Bennett, Respondent.— Motion to open default denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.